Of Counsel:
WINER MEHEULA & DEVENS

ANDREW S. WINER  4039-0
707 Richards Street, PH1
Honolulu, HI  96813
Telephone: (808)254-5855
Facsimile: (808)254-6872

Of Counsel:
ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE  2162-0
dlouie@rlhlaw.com
APRIL LURIA  4687-0
aluria@rlhlaw.com
JAMES SHIN    6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaiʻi        96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for AOAO Director Defendants
CLYDE HAMPTON, GEORGE HUTTON,
GUS DAAL, JAMES McCORMICK,
JAMES HUNT, CARMEN SARLO,
BOB ESTES AND JAMES QUISENBERRY,
individually and as Members of the Board of
Directors and controlling persons of THE
ASSOCIATION OF APARTMENT OWNERS
OF THE CLIFFS at Princeville

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOWARD GYLER, PAULA McCAULEY-GYLER, MYRON SERBAY and CARY RICHMAN, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>CLYDE HAMPTON, GEORGE HUTTON, GUS DAAL, JAMES McCORMICK, JAMES HUNT, CARMEN SARLO, BOB ESTES AND JAMES QUISENBERRY, individually and as Members of the Board of Directors and controlling persons of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS at Princeville, a Hawaii condominium project, <br><br>　　　　　AOAO Director Defendants, <br><br>　　and <br><br>THE CLIFFS CLUB INTERVAL OWNERS ASSOCIATION, a Hawaii nonprofit corporation, individually and as Defendant class representative of its individual Defendant Member-Owners; and THE CLIFFS | Civil No. 00-00035 (SPK-KSCC) <br>(Class Action) <br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS BY PLAINTIFFS HOWARD GYLER, PAULA MCCAULEY-GYLER, MYRON SERBAY AND CARY RICHMAN AND AGAINST DEFENDANTS CLYDE HAMPTON, GEORGE HUTTON, GUS DAAL, JAMES McCORMICK, JAMES HUNT, CARMEN SARLO, BOB ESTES AND JAMES QUISENBERRY, AND THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS <br><br><br>Trial Date: January 10, 2006 |

| | |
|---|---|
| MANAGEMENT GROUP, INC., a Hawaii corporation, | ) ) ) |
| Controlling Defendants, | ) ) ) |
| and | ) ) |
| PREMIER RESORTS INTERNATIONAL, INC., a Utah corporation, formerly known as Village Resorts, Inc., a California corporation, managing agent of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE; CHARLES PANKOW BUILDERS, LTD., a California limited partnership, general contractor of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE; RONALD AGOR and MATTHEW SCHALLER, architects, doing business as Agor Architecture, under contract to THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEILLE; and WILLIAM C. BYRNS, attorney at law, MacDONALD RUDY & BYRNS, a law partnership, and its predecessor CHUN, RUDY & BYRNS, a law partnership, representing THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Professional Defendants, | ) |

|  | ) |
|---|---|
| and | ) |
|  | ) |
| CITY BANK, a Hawaii financial institution, | ) ) ) |
|  | ) |
| Lender Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE, | ) ) ) |
|  | ) |
| Nominal Defendant. | ) ) |

4603-118/p.StipDism.js.ke.wpd

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS BY PLAINTIFFS HOWARD GYLER, PAULA MCCAULEY-GYLER, MYRON SERBAY AND CARY RICHMAN AND AGAINST DEFENDANTS CLYDE HAMPTON, GEORGE HUTTON, GUS DAAL, JAMES McCORMICK, JAMES HUNT, CARMEN SARLO, BOB ESTES AND JAMES QUISENBERRY, AND THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Howard Gyler, Paula McCauley-Gyler, Myron Serbay and Cary Richman and Defendants Clyde Hampton, George Hutton, Gus Daal, James McCormick, James Hunt, Carmen Sarlo, Bob Estes and James Quisenberry, and The Association of Apartment Owners of the Cliffs, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the

above-entitled cause and action be and the same hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees. There are no remaining parties and/or issues. All remaining appearing parties have indicated their approval by their signatures below. Trial is set for the week of January 10, 2006.

DATED: Honolulu, Hawaii, _____DEC 1 2005_____.

_____
DAVID J. GIERLACH
Attorney for Plaintiffs HOWARD GYLER, PAULA MCCAULEY-GYLER, MYRON SERBAY AND CARY RICHMAN

_____
ANDREW S. WINER
DAVID M. LOUIE
APRIL LURIA
JAMES SHIN
Attorneys for AOAO Director Defendants CLYDE HAMPTON, GEORGE HUTTON, GUS DAAL, JAMES McCORMICK, JAMES HUNT, CARMEN SARLO, BOB ESTES AND JAMES QUISENBERRY, individually and as Members of the Board of Directors and controlling persons of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS at Princeville

APPROVED AND SO ORDERED:

SAMUEL P. KING
_____
UNITED STATES DISTRICT JUDGE

---

Gyler, et al. v. Hampton, et al., Civil No. 00-00035 SPK/KSC; United States District Court for the District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS BY PLAINTIFFS HOWARD GYLER, PAULA MCCAULEY-GYLER, MYRON SERBAY AND CARY RICHMAN AND AGAINST DEFENDANTS CLYDE HAMPTON, GEORGE HUTTON, GUS DAAL, JAMES McCORMICK, JAMES HUNT, CARMEN SARLO, BOB ESTES AND JAMES QUISENBERRY, AND THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS