UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 03 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 06 2006
DISTRICT OF HAWAII

HOWARD GYLER; et al.,

    Plaintiffs - Appellees,

and

MYRON SEBRAY; et al.,

    Plaintiffs,

v.

CLYDE HAMPTON; et al.,

    Defendants,

and

GARY VICTOR DUBIN,

    Real-party-in-interest - Appellant.

No. 06-15048

D.C. No. CV-00-00035-SPK
District of Hawaii,
Honolulu

ORDER

    The Court of Appeals' records do not indicate that appellant has filed a Civil Appeals Docketing Statement in accordance with Circuit Rule 3-4. This may be the result of an oversight by counsel or a mistake in the processing by the district court or this court.

Within fourteen (14) days of the filing of this order, appellant shall: (a) file a Civil Appeals Docketing Statement; (b) contact the clerk to assist in locating the Civil Appeals Docketing Statement if one has already been filed; (c) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (d) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R. 42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

If appellant has already filed the Civil Appeals Docketing Statement or file it in response to this order, appellant shall also serve a copy, with all attachments, on the Circuit Mediation Office by fax (fax: 415-556-9725).

FOR THE COURT

Elisa P. Monterola
Deputy Clerk

S:\CASES\2006\06-15048\06-02-02-do1.wpd