UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 1 2 2006
at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK

Howard Gyler, et al )
)
)
VS.
Clyde Hampton, et al )
)
)
)
)

**Court of Appeals Docket No.**
06-15048 (01/17/2006)

CV 00-0035SPK-KSC

Date Transcript(s)
Filed: 7/18/2001
8/22/2001
11/23/2001

CERTIFICATE OF RECORD

This certificate is submitted in conformance with U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of the reporters transcripts (if any) and the U.S. District Court Clerk's record, is ready for the purpose of the appeal. This record is available in the Office of the U.S. District Court Clerk, Room C-338, U.S. Courthouse, 300 Ala Moana Blvd., Honolulu, HI. 96850.

The documents comprising the trial Court Clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil appeals, except those cases in the prebriefing conference program. Appeals in habeas corpus and 28 USC 2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of appeals. Criminal appeals briefing schedules have been set by Time Schedule Order and no new schedule will issue upon the filing of this document. In civil cases, all parties will receive separate notification of this filing date from the Court of Appeals.

SUE BEITIA
Clerk, U.S. District Court for the District of Hawaii

by:
Deputy Clerk
Date: [signature]

cc:   All counsel of record



ORIGINAL

GARY VICTOR DUBIN 3181
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

Real Party Appellant In Interest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2005

at 10 o'clock and 05 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOWARD GYLER and PAULA McCAULEY-GYLER, husband and wife, jointly:<br><br>(1) as individual condominium Member-Owners of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE, a Hawaii nonprofit corporation,<br><br>(2) as class representatives on behalf of all other Member-Owners of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE similarly situated, and<br><br>(3) derivatively on behalf of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>CLYDE HAMPTON, GEORGE HUTTON, GUS DAAL, JAMES McCORMICK, JAMES HUNT, CARMEN SARLO, BOB ESTES, JAMES QUISENBERRY, and JACK REID, individually and as Members of the Board of Directors and controlling persons of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE, a Hawaii condominium project,<br><br>AOAO Director Defendants,<br><br>and | CIVIL NO. 00-00035 SPK-KSCC<br><br>TRANSCRIPT DESIGNATIONS FOR NOTICE OF APPEAL TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT FILED ON DECEMBER 12, 2005, BY REAL PARTY IN INTEREST ATTORNEY GARY VICTOR DUBIN; CERTIFICATE OF SERVICE |

(CAPTION CONTINUED ON NEXT PAGE)

ORIGINAL

THE CLIFFS CLUB INTERVAL OWNERS ASSOCIATION, a Hawaii nonprofit corporation, individually and as Defendant class representative of its individual Defendant Member-Owners; and THE CLIFFS MANAGEMENT GROUP, INC., a Hawaii corporation,

        Controlling Defendants,

and

PREMIER RESORTS INTERNATIONAL, INC., a Utah corporation, formerly known as Village Resorts, Inc., a California corporation, managing agent of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE; CHARLES PANKOW BUILDERS, LTD., a California limited partnership, general contractor of THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE; RONALD AGOR and MATTHEW SCHALLER, architects, doing business as Agor Architecture, under contract to THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE; and WILLIAM C. BYRNS, attorney at law, MacDONALD RUDY & BYRNS, a law partnership, and its predecessor CHUN, RUDY & BYRNS, a law partnership, representing THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE,

        Professional Defendants,

and

CITY BANK, a Hawaii financial institution,

        Lender Defendant,

and

THE ASSOCIATION OF APARTMENT OWNERS OF THE CLIFFS AT PRINCEVILLE,

        Nominal Defendant.

### TRANSCRIPT DESIGNATIONS FOR NOTICE OF APPEAL TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT FILED ON DECEMBER 12, 2005, BY REAL PARTY IN INTEREST ATTORNEY GARY VICTOR DUBIN

COMES NOW Real Party In Interest, attorney GARY VICTOR DUBIN, and pursuant to Rule 10(b)(1) of the Federal Rules of Appellate Procedure, hereby serves notice that the following three (3) transcripts, which are hereby designated for this Appeal, have already been ordered and completed and have been filed in the record of this action, as noted in Docket Entry No. 117 (April 11, 2002)[1], as follows:

1. *Transcript of Proceedings for July 27, 2001* (Court Reporter: Debra Kekuna Chun) (August 22, 2001);

2. *Transcript of Proceedings for October 24, 2001* (Court Reporter: Debra Kekuna Chun) (November 23, 2001); and

3. *Transcript of Proceedings for November 2, 2001* (Court Reporter: Cynthia Fazio) (November 6, 2001).

DATED: Honolulu, Hawaii; December 12, 2005.

GARY VICTOR DUBIN
Real Party In Interest Pro Se

---

[1] Please note: The hearing date pertaining to the Transcript of Proceedings for July 27, 2001, is incorrectly described in Docket Entry No. 117, *supra*, as "7/27/00".

3