# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2007

To: United States Court of Appeals    Attn: (x) Civil
      For the Ninth Circuit
      Office of the Clerk                        ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103      ( ) Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

| | | | |
|---|---|---|---|
| DC No: | CV 00-00035SPK | Appeal No: | 06-15048 |
| Short Title: | Glyer vs. Dubin | | |

Clerk's Files in    13    volumes (✓) original ( ) certified copy

Bulky docs    _____    volumes (folders)  docket #

Reporter's Transcripts    3    volumes (✓) original ( ) certified copy

Exhibits    _____    volumes ( ) under seal

            _____    boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: counsel