UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOWARD GYLER; et al.,<br><br>Plaintiffs - Appellees,<br><br>and<br><br>MYRON SEBRAY; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLYDE HAMPTON; et al.,<br><br>Defendants,<br><br>and<br><br>GARY VICTOR DUBIN,<br><br>Real-party-in-interest - Appellant. | No. 06-15048<br><br>D.C. No. CV-00-00035-SPK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT

JUN 0 4 2007
11:30 a.m.
DISTRICT OF HAWAII

Before: THOMPSON, BERZON, and TALLMAN, Circuit Judges.

Mr. Gyler's letter dated May 30, 2007, requesting leave to participate in oral argument is DENIED.