MOATT   INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-15048 Gyler, et al v. Dubin, et al

HOWARD GYLER
    Plaintiff - Appellee

David J. Gierlach
808-521-3336
[COR LD NTC ret]
345 Queen Street
2nd Floor
Honolulu, HI 96813

Mary E. Schroeder, Esq.
Suite 1170
[COR LD NTC ret]
SCHROEDER, COMIS, NELSON & KAHN
300 Esplanade Drive
Oxnard, CA 93030

PAULA A. MCCAULEY-GYLER,
jointly as 1) individual
condominium member-owners of
the Association of Apartment
Owners of the Cliffs at
Princeville, a Hawaii
nonprofit corporation, 2) as
class representatives on
behalf of all other member-
owners of the Association of
Apartment Owners of the Cliffs
at Princeville similarly
situated, and 3) derivatively
on behalf of the Association
of Apartment Owners of the
Cliffs at Princeville
    Plaintiff - Appellee

David J. Gierlach
(See above)
[COR LD NTC ret]

Mary E. Schroeder, Esq.
(See above)
[COR LD NTC ret]

MYRON SEBRAY
    Plaintiff

CARY RICHMAN
    Plaintiff

    v.

CLYDE HAMPTON
    Defendant

GEORGE HUTTON
    Defendant

GUS DAAL
    Defendant

JAMES MCCORMICK
    Defendant

JAMES H. HUNT

MOATT   INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-15048 Gyler, et al v. Dubin, et al

    Defendant

CARMEN SARLO
    Defendant

BOB ESTES
    Defendant

JAMES QUISENBERRY
    Defendant

JACK REID, individually and as
members of the Board of
Directors and controlling
persons of the Association of
Apartment Owners of the Cliffs
at Princeville, a Hawaii
condominium project
    Defendant

CLIFFS CLUB INTERVAL OWNERS
ASSOCIATION
    Defendant

CLIFFS MANAGEMENT GROUP, INC.
    Defendant

PREMIER RESORTS INTERNATIONAL,
INC.
    Defendant

CHARLES PANKOW BUILDERS, LTD.
    Defendant

RONALD AGOR, ARCHITECTS
    Defendant

MATTHEW SCHALLER
    Defendant

WILLIAM C. BYRNS
    Defendant

MCDONALD RUDY & BYRNS
    Defendant

CITY BANK
    Defendant

APARTMENT OWNERS OF THE CLIFFS
AT PRINCEVILLE
    Defendant

GARY VICTOR DUBIN                   James J. Bickerton, Esq.