Box 2 of 2

# RECORDS RETURN

DATE: September 7, 2007

TO: UNITED STATES DISTRICT COURT
District of Hawaii (Honolulu)

FROM: U.S. COURT OF APPEALS, NINTH CIRCUIT

BY: Alice Rosenbach (for Judge Richard C. Tallman)
(206) 553-6300

TITLE: **Gyler v. Dubin**

CA No.  06-15048        DC No. CV 00-00035SPK

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES: ~~16~~ 17 (mailed in 2 boxes)

13   VOL. CLERK'S FILE(S)

~~3~~ 4   VOL. REPORTER'S TRANSCRIPT(S)

**Other**:

cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 11 2007
10:55 AM
DISTRICT OF HAWAII